```
                                                         F I L E D
                                                   UNITED STATES DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT              DENVER, COLORADO
             FOR THE DISTRICT OF COLORADO
                                                         APR 13 2011
```

Civil Action No. 11-cv-00937-BNB                              GREGORY C. LANGHAM
(The above civil action number must appear on all future papers                    CLERK
  sent to the court in this action. Failure to include this number      _____
  may result in a delay in the consideration of your claims.)

JOHN B. BOWRING,

    Applicant,

v.

KEVIN L. MILYARD, Warden, SCF, and
A. CHAPMAN, Warden, KCCC (CCA),

    Respondents.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal... and documents titled "Removal From State to Federal Jurisdiction" and "Designation of the Record on Appeal." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information

(6) __ is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the court's current form): Applicant incorrectly submitted his § 1915 motion on the court's form that is used for appeals in habeas corpus cases.
(8) __ names in caption do not match names in caption of complaint, petition or habeas application
(9) __ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11) __ is not submitted
(12) _X_ is not on proper form (must use the court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. ___
(15) __ uses et al. instead of listing all parties in caption
(16) __ An original and a copy have not been received by the court. Only an original has been received.
(17) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED April 13, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00937-BNB

John B Bowring
Prisoner No. 81518
Kit Carson Correctional Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action and of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 forms** to the above-named individuals on April 13, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk