FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 5 2011

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00937-BNB

JOHN B. BOWRING,

    Applicant,

v.

KEVIN L. MILYARD, Warden, SCF, and
A. CHAPMAN, Warden, KCCC (CCA),

    Respondents.

## ORDER OVERRULING OBJECTION

This matter is before the Court on the letter to Magistrate Judge Boyd N. Boland titled "Ex parte J. Bowring, 11 CV 00937 to Order 13 April received 19 April" (ECF No. 6) that Applicant, John B. Bowring, submitted to and filed with the Court *pro se* on April 29, 2011.

Mr. Bowring objects to Magistrate Judge Boyd N. Boland's April 13, 2011, order to cure deficiencies in this action. The Court will construe the letter liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

In the April 13 order to cure, Magistrate Judge Boland acted in compliance with Local Rule 8.2 of the Local Rules of Practice for this Court, which requires a judicial officer to review the pleadings of a prisoner prior to service. *See* D.C.COLO.LCivR 8.2.

The same local rule also requires a *pro se* prisoner to use the forms established by this Court to file an action. These are the exact deficiencies Mr. Bowring was directed to cure in the April 13 order. The Court concludes that Magistrate Judge Boland's April 13 order is neither clearly erroneous nor contrary to law. Therefore, Mr. Bowring's liberally construed objection will be overruled.

On a final note, Mr. Bowring will be directed to discontinue sending letters directly to judicial officers. D.C.COLO.LCivR 77.2 forbids *ex parte* communications with judicial officers.

Accordingly, it is

ORDERED that the letter to Magistrate Judge Boyd N. Boland titled "Ex parte J. Bowring, 11 CV 00937 to Order 13 April received 19 April" (ECF No. 6) that Applicant, John B. Bowring, submitted to and filed with the Court *pro se* on April 29, 2011, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled. It is

FURTHER ORDERED that Mr. Bowring will be allowed **thirty (30) days from the date of this order** to cure the deficiencies designated in the April 13, 2011, order to cure. It is

FURTHER ORDERED that if Mr. Bowring fails, within the time allowed, to cure the designated deficiencies as directed, the action will be dismissed without further notice. It is

FURTHER ORDERED that Mr. Bowring discontinue sending letters directly to judicial officers. D.C.COLO.LCivR 77.2 forbids *ex parte* communications with judicial officers.

DATED at Denver, Colorado, this __5th__ day of ____May____, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00937-BNB

John B Bowring
Prisoner No. 81518
Kit Carson Correctional Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk